CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 17 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KENYA JAMEL CABINESS, | ) | Civil Action No. 7:17-cv-00513 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARY T. PRICE, et al., | ) | By: Hon. Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Price and Weaver's motion to dismiss is **GRANTED**; the compliant is **DISMISSED without prejudice**; Price is **TERMINATED** as a defendant; Plaintiff's motion for a temporary restraining order is **DENIED**; and Plaintiff is **GRANTED** leave of twenty-one days to file an amended complaint.

ENTER: This 17th day of April, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge